IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____ / | No. C 11-4523 WHA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

On September 19, 2012, plaintiff, a prisoner of the State of California, filed this civil rights action under 42 U.S.C. 1983. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). In September 23, 2011, plaintiff filed an IFP application, but it was not complete in that it did not include a certificate of funds completed and signed by a prison official or a trust account statement showing transactions and balances for the last six months. Attached to the incomplete application is a declaration from plaintiff stating that he has requested prison officials at Salinas Valley State Prison to provide these documents, but officials refuse to do so without an order from the court. Plaintiff is therefore granted an extension of time, to and including **November 28, 2011**, in which to submit the missing certificate of funds and prison trust account statement. SVSP officials shall either provide a completed and signed certificate

of funds form and a trust account statement showing transactions from the last six months to plaintiff or shall submit such documents directly to the court. If officials have not done so by the deadline, plaintiff may request a further extension.

**IT IS SO ORDERED.**

Dated: October __28__, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\BUCKLEY4523.EOT.wpd