IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY, | No. C 11-4523 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On September 19, 2012, plaintiff, a prisoner of the State of California, filed this civil rights action under 42 U.S.C. 1983. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff the court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, plaintiff was informed that the case would be dismissed if he did not file pay the fee or file a completed IFP application within thirty days. On September 23, 2011, plaintiff filed an IFP application, but it was not complete in that it did not include a certificate of funds completed and signed by a prison official or a trust account statement showing transactions and balances for the last six months. In an order dated October 28, 2011, he was informed what was missing from his application and he was granted an extension of time, to and including **November 28, 2011**, in which to submit

1  the missing certificate of funds and prison trust account statement.  The deadline has
2  passed, and he has not submitted the missing items, filed a completed the IFP
3  application, paid the filing fee, requested a further extension of time, or shown cause for
4  his failure to do so.  Indeed, no response has been received from Plaintiff to the order
5  granting his extension of time.  Accordingly, this case is **DISMISSED** without prejudice.
6  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December  19  , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\BUCKLEY4523.DSM.wpd

United States District Court
For the Northern District of California

2